# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ____ D.C.

05 MAY 31 PM 5:04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

---

**JACK C. REED,**            **JUDGMENT IN A CIVIL CASE**

    Petitioner,

v.

**T.C. OUTLAW,**            **CASE NO: 05-2024 Ml/V**

    Respondent.

---

### JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Petition Pursuant to 28 U.S.C. § 2241, Order Certifying Appeal Not Taken in Good Faith and Notice of Appellate Filing Fee entered May 31, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

May 31, 2005
DATE

ROBERT R. DI TROLIO
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02024 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Jack Carlton Reed
FCI-MEMPHIS
06844-018
P.O. Box 34550
Memphis, TN 38184--055

Honorable Jon McCalla
US DISTRICT COURT